# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:12-cr-28-GZS |
| JESSICA BARTLETT, | ) |
| | ) |
| Defendant. | ) |

## ORDER APPOINTING GUARDIAN AD LITEM

Before the Court is the Government's Amended Motion for Appointment of Guardian Ad Litem (Docket # 21). Defendant initially filed a response objecting to any appointment (Docket # 26). On April 19, 2012, the Court held a conference of counsel at which defense counsel indicated that Defendant would agree to the appointment of a limited guardian ad litem subject to specific limitations put on the record at the conference. Based on the Court's finding that the stated limitations are acceptable to all involved, the Amended Motion is hereby GRANTED WITHOUT OBJECTION.

The Court hereby APPOINTS Attorney Vanessa Bartlett to serve as a limited guardian ad litem for B.B., whom the Government represents is a four year old victim of the offenses charged in this case. This appointment is only for the limited purpose of representing B.B.'s interests in these proceedings under the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771. To the extent that B.B. is entitled to any notices under the CVRA, such notices shall be provided to the appointed guardian ad litem.

If at any time the guardian ad litem believes she can no longer serve as indicated in this Order, the guardian ad litem shall promptly file a motion to withdraw with the Court. Upon the entry of a final judgment in this case, this guardian ad litem appointment shall automatically cease.

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 19th day of April, 2012.